**HARDIE'S FRUIT AND VEGETABLE CO.–SOUTH, L.P., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**M&S Foods Co., Ltd., Defendant–Appellee.**

**No. 2009–5018.**

United States Court of Appeals, Federal Circuit.

Jan. 7, 2009.

Rehearing and Rehearing En Banc Denied Oct. 1, 2009.

*ORDER*

Appellant having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 31, 2008 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) Appellant's brief is due on or before January 28, 2009.